**FILED**
**Dec 10, 2024**
**11:26 AM(CT)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



# TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT GRAY

| | | |
|---|---|---|
| **GARY DINGUS,** | ) | **Docket Number: 2022-02-0435** |
| Employee, | ) | |
| v. | ) | |
| **GRAND PIANO AND FURNITURE** | ) | |
| **COMPANY,** | ) | **State File Number: 80634-2021** |
| Employer, | ) | |
| | ) | |
| **ZURICH AMERICAN INSURANCE** | ) | |
| **COMPANY,** | ) | **Judge Brian K. Addington** |
| Carrier. | ) | |

---

## ORDER GRANTING RULE 59.04 MOTION
## AMENDING COMPENSATION ORDER

---

Mr. Dingus filed a motion under Rule 59.04 of the Tennessee Rules of Civil Procedure to amend the Court's June 5, 2024, Compensation Order. Specifically, Mr. Dingus requests the Court amend the order to include an amortization clause for purposes of Social Security benefits. For good cause shown, the Court grants Mr. Dingus's motion.

The Court held a compensation hearing and entered judgment in favor of Mr. Dingus. Grand Home appealed the order, and the Appeals Board certified it as final on November 5. Mr. Dingus filed his Motion to Alter or Amend Court Order asking the court to include specific language in its Order to allow a lifetime amortized offset of his Social Security benefits by his permanent partial disability award. Specifically, Mr. Dingus requested the following language:

1

The Court finds as follows: (a) Employee is 50 years old; (b) according to mortality tables from the United States Centers for Disease Control and Prevention, employee's life expectancy is 28.5 years or 342 months; and (c) the awarded benefit amount minus attorney's fees of $14, 615.69, and minus expenses totaling $2,536.20, constitutes a total lump sum of $58,463.03, or an amortized monthly benefit of $163.53, representing the maximum monthly set-off for Social Security or other disability benefits under Tenn. Code Ann. section 50-6-207. No representations or warranties were made to employee concerning the Social Security Administration's right to offset benefits received by employee under this award and the workers' compensation law.

## Law and Analysis

The Tennessee Supreme Court addressed motions to alter or amend in Harris v. Chern, 33 S.W.3d 741 (Tenn. 2000), "Rule 59.04 addresses final judgments and requires a motion to alter or amend to be made within 30 days of the entry of judgment."

Rule 59.04 of the Tennessee Rules of Civil Procedure states, "A motion to alter or amend a judgment shall be filed and served within thirty (30) days after the entry of the judgment." Here, Mr. Dingus motioned the Court within the required deadline and although Grand Home Furnishings objected, it did not provide any argument for why the language should not be added to protect Mr. Dingus's Social Security disability payments. Therefore, the Court finds Mr. Dingus's motion well taken and adopts the additional language as requested.

**IT IS, THEREFORE, ORDERED** as follows:

1. The Court's November 5, 2024 Compensation Order is hereby amended to include the following: The Court finds as follows: (a) Employee is 50 years old; (b) according to mortality tables from the United States Centers for Disease Control and Prevention, employee's life expectancy is 28.5 years or 342 months; and (c) the awarded benefit amount minus attorney's fees of $14, 615.69, and minus expenses totaling $2,536.20, constitutes a total lump sum of $58,463.03, or an amortized monthly benefit of $163.53, representing the maximum monthly set-off for Social Security or other disability benefits under Tenn. Code Ann. section 50-6-207. No representations or warranties were made to employee concerning the Social Security Administration's right to offset benefits received by employee under this award and the workers' compensation law.

**ENTERED December 10, 2024.**

/s/ Brian K. Addington

_____

**BRIAN K. ADDINGTON, JUDGE**
**Court of Workers' Compensation Claims**

**CERTIFICATE OF SERVICE**

I certify that a copy of this Order was sent as indicated on December 10, 2024.

| Name | Certified Mail | Fax | Email | Service sent to: |
|------|----------------|-----|-------|------------------|
| Michael Muncy, Employee's Attorney | | | X | mike@munseyinjurylaw.com<br>jackie@munseyinjurylaw.com |
| Gerard Jabaley, Employer's Attorney | | | X | gjabaley@wimberlylawson.com<br>aburge@wimberlylawson.com |

_____

**PENNY SHRUM, COURT CLERK**
wc.courtclerk@tn.gov

3